UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GREGORY MARONEY, individually and on
behalf of all others similarly situated

        Plaintiff,

  - against -

GLANBIA PERFORMANCE NUTRITION, INC.,
d/b/a SLIMFAST,

        Defendant.
---------------------------------------------------------------X

Case No. 7:20-cv-02788-CS

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby enters an appearance on behalf of Defendant KSF Acquisition Corporation d/b/a Slimfast, in the above-captioned action and demands that copies of all papers in this action be served upon the undersigned counsel at the address stated below.

    I certify that I am admitted to practice before this Court.

Dated:  New York, New York
       July 14, 2020

                              Respectfully submitted,

                              **GREENBERG TRAURIG, LLP**

                    By:    */s/Philip H. Cohen*
                              Philip H. Cohen
                              200 Park Avenue
                              New York, NY 10166
                              Tel.: (212) 801-9200
                              Fax: (212) 801-6400
                              CohenP@gtlaw.com