**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GREGORY MARONEY,

                        Plaintiff,                  **SCHEDULING ORDER**

      -against-                                 20 Civ. 2788 (CS)(JCM)

GLANBIA PERFORMANCE NUTRITION, INC.,
*et al.*,

                       Defendants.
---------------------------------------------------------------X

The Court has scheduled a Telephone Conference for December 6, 2021 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy to discuss the issues raised in Plaintiff's November 10, 2021 letter and in Defendants' opposition, (Docket No. 42). Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  November 19, 2021
          White Plains, New York

                                                          **SO ORDERED:**

                                                            */s/ Judith C. McCarthy*
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge