# BURSOR & FISHER
## P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NEW YORK 10106**  
www.bursor.com

**ANDREW J. OBERGFELL**  
Tel: **646.837.7150**  
Fax: **212.989.9163**  
aobergfell@bursor.com

December 7, 2021

<u>*Via ECF*</u>

Hon. Judith C. McCarthy  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

*Re: Maroney v. KSF Acquisition Corporation d/b/a Slimfast, Case No. 7:20-cv-02788-CS (S.D.N.Y.)*

Dear Judge McCarthy,

      On December 6, 2021, the Court held oral argument on Plaintiff's motion to compel. During the hearing, the Parties jointly agreed to a ninety (90) day extension of all current deadlines, which the Court endorsed.  Pursuant to the Court's instruction to submit a First Amended Civil Case Discovery Plan and Scheduling Order ("Order") extending all current deadlines by approximately ninety (90) days (accounting for weekends), the Parties hereby jointly submit the Order.  The Parties respectfully request that the Court enter the Order.

      Respectfully Submitted,

*Andrew Obergfell*

Andrew Obergfell

cc:    All Counsel of Record (via ECF)