**GT GreenbergTraurig**

Rick L. Shackelford
Tel 310.586.3878
Fax 310.586.7800
shackelfordr@gtlaw.com

April 6, 2022

Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: ***Gregory Maroney v. KSF Acquisition Corporation d/b/a SlimFast***, Case No. 7:20-cv-02788-CS-JCM – Proposed Second Amended Case Management Plan and Scheduling Order

Dear Judge McCarthy:

We represent Defendant KSF Acquisition Corporation d/b/a SlimFast ("SlimFast") in the above-referenced action and write jointly on behalf of SlimFast and Plaintiff Gregory Maroney ("Plaintiff") in advance of the court conference scheduled for Monday April 11, 2022. Pursuant to Your Honor's Order dated April 1, 2022 (Dkt. 56), the parties held a meet and confer call on the issues raised in SlimFast's March 31, 2022 letter. After discussing these issues, the parties jointly agreed to a 60-day extension of the current First Amended Civil Case Discovery Plan and Scheduling Order to account for the unanticipated delays in SlimFast's document review and production, and to give the parties sufficient time to review documents and prepare for depositions.

The parties hereby jointly submit the attached Proposed Second Amended Civil Case Discovery Plan and Scheduling Order, reflecting such changes.

We will be available to discuss the attached at the court conference on April 11. Please let us know if Your Honor has any questions in advance.

Respectfully submitted,

*/s/ Rick L. Shackelford*

Rick L. Shackelford

Cc: All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
1840 Century Park East | Suite 1900 | Los Angeles, California 90067-2121 | T +1 310.586.7700 | F +1 310.586.7800

www.gtlaw.com