

Rick L. Shackelford
Tel 310.586.3878
Fax 310.586.7800
shackelfordr@gtlaw.com

August 4, 2022

Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: ***Gregory Maroney v. KSF Acquisition Corporation d/b/a SlimFast***, Case No. 7:20-cv-02788-CS-JCM – **Adjournment Request for August 5 Status Conference**

Dear Judge McCarthy:

    We represent Defendant KSF Acquisition Corporation d/b/a SlimFast ("SlimFast") in the above-referenced action and write jointly on behalf of SlimFast and Plaintiff Gregory Maroney ("Plaintiff") to request an adjournment of the status conference that is currently scheduled for Friday, August 5 at 11:30 a.m., to a day convenient for the Court and after August 17th, if needed. Plaintiff consents to this adjournment request. This is the first request for an adjournment of this status conference, and the parties do not anticipate that adjourning this conference would affect any other scheduled deadlines.

    The parties had expected to be able to file a notice of dismissal before the August 5 conference. However, SlimFast's in-house counsel who has been primarily responsible for this matter has been unavailable due to a death in her family, and the parties have been unable to complete the steps necessary before filing a dismissal. The parties expect to complete those steps in the very near future, and likely before August 17, 2022.

    The parties are still available to attend the conference on August 5 if the Court has any questions or would like to discuss further, but we wanted to provide this status update to the Court in advance of the currently-scheduled conference. Please let us know if Your Honor has any questions.

Respectfully submitted,

*/s/ Rick L. Shackelford*

Rick L. Shackelford

Cc: All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
1840 Century Park East | Suite 1900 | Los Angeles, California 90067-2121 | T +1 310.586.7700 | F +1 310.586.7800

www.gtlaw.com