**GT GreenbergTraurig**

Rick L. Shackelford
Tel 310.586.3878
Fax 310.586.7800
shackelfordr@gtlaw.com

August 17, 2022

Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: **_Gregory Maroney v. KSF Acquisition Corporation d/b/a SlimFast_**, Case No. 7:20-cv-02788-CS-JCM – **Adjournment Request for August 18 Status Conference**

Dear Judge McCarthy:

    We represent Defendant KSF Acquisition Corporation d/b/a SlimFast ("SlimFast") in the above-referenced action and write jointly on behalf of SlimFast and Plaintiff Gregory Maroney ("Plaintiff") to request an adjournment of the status conference that is currently scheduled for Thursday, August 18 at 10:00 a.m., if needed. Plaintiff consents to this adjournment request. This is the second request for an adjournment of this status conference, and adjourning this conference would not affect any other deadlines.

    The parties are working to resolve the matter, and should be in a position to file a notice of dismissal no later than September 19, 2022.

    The parties are still available to attend the conference on August 18 if the Court has any questions or would like to discuss further, but we wanted to provide this status update to the Court in advance of the currently-scheduled conference. Please let us know if Your Honor has any questions.

Respectfully submitted,

_/s/ Rick L. Shackelford_

Rick L. Shackelford

Cc: All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
1840 Century Park East | Suite 1900 | Los Angeles, California 90067-2121 | T +1 310.586.7700 | F +1 310.586.7800

www.gtlaw.com